IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                 ORDER

                Plaintiff,

                                                       08-cr-179-bbc

       v.

KARI DORN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The probation office has advised the court that the restitution address listed on the judgment entered on October 16, 2009 is incorrect. The correct address should be the following:

CUMIS Insurance Society, Inc.
Attn: Diane Leigh
P.O. Box 1221
Madison, WI 53701

1

Therefore, the judgment entered herein shall be amended to reflect the above address change.

If all other respects, the judgment entered on October 16, 2009 remains unchanged.

Entered this 23d day of October, 2009.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge