IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,        ORDER

  v.

               Case No. 08-cr-179-bbc

KARI DORN,

    Defendant.

---

The defendant in the above-entitled case has been:

__X__ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

The State Department is not to reissue a passport without approval of U.S. Probation.

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

_____ acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____ Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: _____10-14-10_____.

BY THE COURT:

_Stephen Crocker_ (signature)

STEPHEN L. CROCKER
Magistrate Judge

cc: USA, Defense Atty, USPO